UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-61188-CIV-GOODMAN

CONSENT CASE

JOSE SILVEIRA,

       Plaintiff,

vs.

TRI-COUNTY SWEEPING SERVICES, INC., a
Florida for-profit corporation, and MICHAEL D.
LEVIN,

       Defendants.
_____/

## DECLARATION OF PETER BOBER
## IN SUPPORT OF AWARD OF ATTORNEY'S FEES AND COSTS

I, PETER BOBER, being over the age of 18, hereby declare under penalty of perjury, based on my own personal knowledge, that the following is true and correct:

1. I, on behalf of Bober & Bober, P.A., am the Plaintiff's legal counsel in the above-styled action.

2. I am a member Bober & Bober, P.A., and am lead counsel to Plaintiff in the above-styled Fair Labor Standards Act ("FLSA") action.

3. I am a 1997 graduate of the University of Pennsylvania Law School, where I was Senior Editor of the *University of Pennsylvania Law Review*.

4. Currently, the vast majority of my practice involves cases related to the FLSA.

5. My hourly rate is presently $350.00 for work performed, and it is a fair and reasonable hourly rate for attorneys with similar educational background and experience in my geographic areas for representation in FLSA litigation.

6.   I have previously been awarded **$350.00** per hour as a reasonable hourly rate within the Southern District of Florida. See, e.g., Order Granting Motion to Compel (DE 11) in Santos Daniel Castro Molina v. Global Garlic, Inc., et al., 12-CV-20894-CIV-KING/McCaliley (August 8, 2012)(finding $350.00/hourly rate reasonable); see also Order Granting Motion to Compel (DE 20), Williams v. R&R Ventures, Inc., CASE No. 11-CV-61844-Marra/Hopkins (March 15, 2012) (finding $350.00 reasonable hourly fee for undersigned counsel).

7.   In the instant case, I incurred 14.5 total hours of time ($5,800.00) on matters related to the above styled case. My billing records, which have been kept throughout the course of this litigation, are attached as **Exhibit A**. All time recorded was reasonably and necessarily incurred in pursuit of this case. In those attached time records, Affiant is identified as "PJB."

8.   In addition to the foregoing, itemized costs, totaling $442.00 were expended in this matter. This includes a $400.00 filing fee, and $32.00 on service of process, and $10.00 for parking for the September 8, 2015 settlement conference (DE 18).

FURTHER AFFIANT SAYETH NAUGHT,

_____  9/18/15
PETER J. BOBER, ESQ.
Fla. Bar No. 0122955

## *Bober & Bober, P.A.*
1930 Tyler Street
Hollywood, FL 33020

Ph:(954) 922-2298　　　　Fax:(954) 922-5455

Jose Silveira　　　　　　　　　　　　　　　　　September 17, 2015
7624 NW 5 Street, #2C
Plantation, FL
33324

　　　　　　　　　　　　　　　　　　File #:　　15-045
**Attention:**　　　　　　　　　　　Inv #:　　Settle

RE:　v. Tri-County Sweeping Services, Inc. and Michael D. Levin for overtime violations

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Sep-09-14 | Meeting with Jose Silveira about unpaid overtime wage claim. | 1.70 | 680.00 | PJB |
| Oct-21-14 | Draft Demand letter and Complaint against Tri County and Michael Levin | 0.80 | 320.00 | PJB |
| Dec-22-14 | Research regarding other litigation against Tri-County Sweeping | 0.50 | 200.00 | PJB |
| Mar-31-15 | Draft letter to client about regarding case. | 0.20 | 80.00 | PJB |
|  | Draft second letter to client regarding case issues. | 0.20 | 80.00 | PJB |
| Jun-04-15 | Draft Freedom of Information Request to to Dept of Labor. | 0.30 | 120.00 | PJB |
|  | Draft letter to client about case. | 0.20 | 80.00 | PJB |
| Jul-16-15 | Draft letter to client regarding case issues. | 0.20 | 80.00 | PJB |
| Jul-20-15 | Review Defendant's Response to Statement of Claim (and review with documents) | 0.40 | 160.00 | PJB |
| Jul-21-15 | Review defendants' response to statement of claim. | 0.30 | 120.00 | PJB |

|            | Draft correspodence to opp counsel about time records not received. | 0.10 | 40.00 | PJB |
|------------|---------------------------------------------------------------------|------|-------|-----|
|            | Call to opp counsel about getting payroll docs. | 0.10 | 40.00 | PJB |
| Sep-01-15  | Draft confidential settlement statement. | 0.50 | 200.00 | PJB |
|            | Draft Motion for Clerk's Default. | 0.10 | 40.00 | PJB |
| Sep-03-15  | Draft letter to client regarding case matters. | 0.10 | 40.00 | PJB |
| Sep-07-15  | Prepare for 9/8 settlement conference in Miami. | 0.50 | 200.00 | PJB |
| Sep-08-15  | Travel to meeting with client/settlement conference. | 0.80 | 320.00 | PJB |
|            | Meeting with Plaintiff to discuss settlement conference. | 0.50 | 200.00 | PJB |
|            | Attend settlement conference wtih Judge Goodman. | 4.70 | 1,880.00 | PJB |
|            | Return Travel back to law office (from settlement conference). | 0.70 | 280.00 | PJB |
|            | Draft correspondencet to opp counsel about consenting to magistrate jurisdiction. | 0.10 | 40.00 | PJB |
| Sep-17-15  | Draft Joint Motion to Approve Settlement. | 0.40 | 160.00 | PJB |
|            | Meeting with Jose Silveira to discuss case and case related matters. | 1.10 | 440.00 | PJB |
|            | Totals | 14.50 | $5,800.00 | |

**DISBURSEMENTS**

| Jun-30-15 | 02836 | 32.00 |
|-----------|-------|-------|
| Jul-02-15 | Southern District of Florida | 400.00 |
| Sep-08-15 | Parking Reimbursement (settlement conference) $10.00 (parking American Car Parks (across street from courthouse) | 10.00 |
|           | Totals | $442.00 |

|                                                          |              |
|----------------------------------------------------------|-------------:|
| **Total Fee & Disbursements for all charges on this matter** | **$6,242.00** |